# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

### PRISONER COMPLAINT (FOR INMATE ACTION) UNDER 42 U.S.C. § 1983

_Regin Al HARRell_
Name under which you were convicted

_261808_
Your prison number

CIVIL ACTION NO. _20 cv-535-JB-N_
(To be supplied by Clerk of the Court)

vs.

_Officer Slide, Price, Rivers, House, Hudson,_
Name of Defendant(s)

_P.O. Box 28779 Nick Davis Rd. HARVEST Al 35749_
Place of Confinement and Address

FILED NOV 9 '20 PM 4:00 USDCALS

## INSTRUCTIONS - READ CAREFULLY

A.     Complaint Form.  You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B.     Proper Court.  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallar, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C.     Separate case.  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

**Revised 6/3/96**

D.     Defendants.  The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be

provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E.     Pleading the Complaint   Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide the facts. Your complaint shall be short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F.     Fees. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

        If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

        If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

        Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G.     Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H.     Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ.

I.     Copies. This court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J.     Form of Pleadings.  Do not write letters to the court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K.     No Evidence.  No evidence shall be sent to the Court for filing or storing.

## I.     PREVIOUS LAWSUITS.

A.     Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
Yes ☐     No ☑

B.     Have you filed other lawsuits in state or federal court relating to your imprisonment:
Yes ☑     No ☐

C.     If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to this previous lawsuit:
Plaintiffs: _Reginald Harrell_

Defendants: _Officer Davis_

2.     Court (if federal court, name the district; if state court, name the county:
_Southern Dist._

3.     Docket Number: _19-0963-JB-Mu_

4.     Were you granted the opportunity to proceed without payment of filing fees?
Yes ☑     No ☐

5.     Name of judge to whom the case was assigned: _Bradley Murray_

6.     If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc, : _N/A_

7.     Approximate date of filing lawsuit: _11-19-2019_

8.     Approximate date of ruling by court: _still pending_

**II.**   **YOUR PRESENT COMPLAINT.**

A.   Place or institution where action complained of occurred: _Holman Prison_
_# 37 Holman Rd. Atmore A, 36503_

B.   Date it occurred: _Dec, 20, 2019_

C.   Is there a prisoner grievance procedure in this institution?   Yes ☐   No ☑

D.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ☐   No ☑ _N/A_

E.   If your answer is YES:

1.   What steps did you take? _N/A_

_____

2.   What was the result? _N/A_

_____

F.   If your answer is NO, explain why not: _THERE IS NO GRIEVANCE_
_REMEDY_

G.   Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary:

_ON OR ABout Dec, 2019 At 9:50 pm Officer_
_House WAS coming Around to do cell check, upon_
_Approaching my cell he could see that the plumbing_
_system had malfunctioned because water_
_WAS spilling unto the floor. Upon further_
_inquiry I'd told Officer House that I_
_WAS feeling suicidal And need to talk_
_with Someone because I WAS Stressing very_

bad. Officer House then cuffed me up And took me to the infirmary for a body chart. Upon arriving at the infirmary officer Slide, Price, Rivers and hudson made an attempt to assist me with nurse Jone's have me placed in a crest cell after the body chart was done. In essence this cell is equivalence to a padded cell for - continues

## III   PARTIES.

A.   Plaintiff   (Your name/AIS):   Reginal Harrell

Your present address:   P.O. Box 28779 Nick Davis Rd. Harvest Al, 35749

B.   Defendant(s):

1   Defendant (Full name)   Officer House   is employed as
Correctional Officer at   Holman Prison or A.D.O.C.
His/her present address is   37 Holman Rd Ala 36503

( a )   Claim against this defendant:   Unecessary Use of Excessive force And Cruel And unusual Punishment 8th Amend violation

( b )   Supporting facts (Include date/location of incident):   On or About 12-20-2019 At approximately 9:50 pm while being Housed At the Holman Prison in the infirmary - See detailed facts AS Alleged in lawsuit.

2   Defendant (Full name)   Officer Slide   is employed as
Corr. Officer   at   Holman Prison
His/her present address is   37 Holman Rd. Atmore Ala 36503

( a )   Claim against this defendant: *CRUEl AND unusal punishment AND EXCESSIVE force*

( b )   Supporting facts (Include date/location of incident): *SAME AS stated*

3   Defendant (Full name) *Officer Price* is employed as *Corr. Official* at *Holman Prison*

His/her present address is *37 Holman Rd. Atmore AL 36503*

( a )   Claim against this defendant: *SAME AS stated Cruel & unusual punishment & Excessive force*

( b )   Supporting facts (Include date/location of incident): *— SAME AS stated*

C.   <u>Additional Defendants</u>  (If there are additional defendants, you may list them on separate pages using the same outline above.

IV   A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: *Kidnapping Robbery And Attempt murder*

2. When were you convicted? *2008*

3. What is the term of your sentence? *25 yrs.*

4. When did you start serving this sentence? *IN 2008*

5. Do you have any other convictions which form the basis of a future sentence?
Yes ☑    No ☐
If so, complete the following:

( a ).   Date of conviction: _2008_____

( b ).   Term of sentence: _27yrs_____

6.   What is your expected end of sentence (E.O.S.) date?  _2031_____

B.   If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | | Conviction | | | | Sentence | |
|---|---|---|---|---|---|---|---|
| Reversed | yes ☐ | no ☑ | | | yes ☐ | no ☑ | |
| Expunged | yes ☐ | no ☑ | | | yes ☐ | no ☑ | |
| Invalidated | yes ☐ | no ☑ | | | yes ☐ | no ☑ | |
| Writ of Habeas corpus granted | yes ☐ | no ☑ | | | yes ☐ | no ☑ | |

C.   If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: ____N/A_____

**V.**   State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): _Award me the total sum Requested, And prosecute Each oFFicer to the full Extent oF the law._

**VI.**   AFFIRMATION.   By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_11-2-20_____
Date

_Reginald Kimball_____
(Signature of Plaintiff Under Penalty of Perjury)

_P.O. Box 28779 NickDavis_
_Rd. HARVEST A/A 35749_
Current Mailing Address

_N/A_____
Telephone Number

people of sucidial tendencies.

Officer House suggested that NURSE JONES leave the AREA to where I was being placed so that they could beat me up, without her being a witness to the incident.

While still being restrianed in handcuff I was beaten by all the defendants named in this lawsuit where upon sustaining serve head injuries; A chipped tooth. The weapons used to carry this assault on me was theyer billy sticks and radios. Approximately two hours later, officer JONES came and got me out of the padded cell And took pictures of my injuries And got Another body chart done on me. This incident was being filmed the whole time because of the cameras in that AREA.

All defendants ARE A.D.O.C. officers, whom, in their official capacity were on duty At said time working to Employ security throughout the Holman prason unit for inmates Ect...

All defendants ARE being sued in their indivisual capacity for busting my head open with their sticks AND radio AND chipping my tooth And for exacerbating my mental condition to a more exstrem case of pain

suffering.

The Plaintiff is Asking from EACH defendant the sum of $1,000,000. compensatory damages under the 8th Amend of the U.S. Const. for the use of Excessive force and cruel and unusual punishment from within their individual capacity. The Plaintiff is Also Asking they court, As relief from each defendant in their individual capacity the sum of 2.000,000 punitive from wanton of unnecessary in fliction of mental Anguish, pain And suffering under the 8th Amend of the U.S. Const. This lawsuit is bought on because each defendant knew that they was Acting in total disregard to the law when beating the Plaintiff while in restraints.



Reginald Harrell AIS# 261408
Lime stone corr fac K-35-cell
28779 Nick Davis Rd.
Harvest, AL 35749

LEGAL MAIL

This correspondence is forwarded from
a[n] Alabama State Prison. The contents
[have not] been evaluated, and the [Alabama]
Department of Corrections is not
responsible for the substance or
content of the enclosed communication.

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.800
02 1P
0000908525   NOV 03 2020
MAILED FROM ZIP CODE 35749

Untied States District court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL. 36602