IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD HARRELL, AIS # 261808, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIV. ACT. NO. 1:20-cv-535-TFM-N |
| OFFICER HOUSE, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On. January 31, 2023, the Magistrate Judge entered a Report and Recommendation which recommends the motions for summary judgment (Docs. 54, 57, 58) be granted. *See* Doc. 77. Plaintiff filed his objections to which Defendants filed their response. *See* Docs. 78, 79.

Plaintiff objects to the Magistrate Judge's determination that his response was unsworn. *See* Doc. 78 at 1. Plaintiff solely focuses on the lack of notarization, but fails to address the Magistrate Judge's discussion of 28 U.S.C. § 1746 and binding case law in *Roy v. Ivey*, 53 F.4th 1338, 1349 n. 7 (11th Cir. 2022). He further objects to the determination of the injuries as *[de minimus]* and the manner in which the Magistrate Judge divides the allegations into two incidents. *Id*. at 1-2. Regardless, none of these overcome the well-reasoned analysis of the Magistrate Judge. Finally, he objects to the Magistrate Judge "giving [too] much credibility to the defendants characterization of the events…" *Id*. at 2. Yet, he does not offset the analysis of the sworn evidence versus his response which was not presented in either an affidavit or unsworn declaration under 28 U.S.C. § 1746. Nor does he address the undisputed video which covers some portions of the events in question. As such, the objections are **OVERRULED**.

Therefore, after due and proper consideration of the issues raised, and a *de novo*

determination of those portions of the recommendation to which objection is made], the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the motions for summary judgment filed by Defendants Darious House, LaBryson Hudson, Marquino Siler, LeVante Price and Robert Rivers. are **GRANTED** and that this action is **DISMISSED with prejudice**.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 9th day of March, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE