# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD HARRELL,** )<br>**AIS # 261808,** )<br>  ) <br>  Plaintiff, )<br>  )<br>vs.  )  **CIV. ACT. NO. 1:20-cv-535-TFM-N**<br>  )<br>**OFFICER HOUSE,** *et al.,*  )<br>  )<br>  Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Reginald Harrell's action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 9th day of March, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE